HILLA FAND, PLAINTIFF-PETITIONER, v.
EMANUEL FAND, DEFENDANT-RESPONDENT.

*Mr. Harry Kay* for the petitioner.

*Mr. Herman W. Steinberg* for the respondent.

April 4, 1966. Denied.

RICHARD WILLIAM PRINCE, *ET AL.*, PLAINTIFFS-RESPON-
DENTS, v. LEON C. KRAMER, *ET ALS.*, DEFENDANTS-
PETITIONERS.

*Messrs. Rooney, Peduto & Sheehy* for the petitioners.

*Messrs. Elkins & Elkins* and *Messrs. Adler, Mezey & Press-
ler* for the respondents.

April 4, 1966. Denied.

IN RE I.

*Mr. Arthur J. Sills* and *Mr. Eugene T. Urbaniak* for the
respondents.

*Mr. Richard J. Shackleton* for the petitioners.

*Messrs. Doherty & Doherty* for the intervening respondents.

April 4, 1966. Denied.